UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT

JANE ROE,

                Plaintiff,                Civil case no. 1:19-cv-909
                                                       (GTS/DJS)

-vs-

UNION COLLEGE, and THE BOARD OF
TRUSTEES OF UNION COLLEGE,

                Defendants.

## ORDER OF REASSIGNMENT

Plaintiff having filed a Notice of Related Case (Dkt. No. 6) requesting reassignment of this case to Senior District Judge Gary L. Sharpe and Magistrate Judge Christian F. Hummel as it is directly related to *Jane Doe v. Union College, et al.,* case number 1:19-cv-284 (GLS/CFH), and the Court having reviewed both cases and found that the cases are directly related; therefore, it is

**ORDERED** that the matter is hereby reassigned from Chief U.S. District Judge Glenn T. Suddaby and Magistrate Daniel J. Stewart to Senior U.S. District Judge Gary L. Sharpe and Magistrate Judge Christian F. Hummel.

Dated:      August 21, 2019
              Syracuse, NY

                                                Hon. Glenn T. Suddaby
                                                Chief U.S. District Judge