UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE ROE,

                Plaintiff,

-against-

UNION COLLEGE, THE BOARD OF TRUSTEES
OF UNION COLLEGE,

                Defendants.

**STIPULATION EXTENDING TIME TO ANSWER, APPEAR OR MOVE**
Civil Action No. 1:19-CV-0909 GLS/CFH

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the defendants, Union College and The Board of Trustees of Union College, have until **October 9, 2019** to answer, appear or otherwise move against the Complaint, dated July 26, 2019, in this matter.

DATED: August 27, 2019

NESENOFF & MILTENBERG, LLP

By: _____
Gabrielle M. Vinci
Attorneys for Plaintiff
363 Seventh Avenue, Fifth Floor
New York, NY 10001

DATED: August 27, 2019

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By: _____
MICHAEL J. MURPHY
Attorneys for Defendants
20 Corporate Woods Boulevard
Albany, NY 12211-2396

SO ORDERED:

_____
HON.                 Date