# BARCLAY DAMON LLP

**Brienna L. Christiano**
*Associate*

February 28, 2020

**Via ECF Filing**

Hon. Christian F. Hummel
United States District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:   <u>Jane Roe v. Union College, et al.</u>
              Civil Action No.: 1:19-cv-0909 GLS/CFH

Dear Magistrate Hummel:

      As the Court is aware, this firm represents the defendants relative to the above-referenced matter. A proposed Stipulated Confidentiality Agreement and Protective Order has been circulated and agreed-upon by all counsel. Please find attached for the Court's consideration the parties' proposed Stipulated Confidentiality Agreement and Protective Order.

      Thank you for your time and consideration in this matter.

                              Very truly yours,

                              *Brienna Christiano*

                              Brienna L. Christiano
                              Bar Roll No.: 519960
                              E-Mail: bchristiano@barclaydamon.com

BLC

cc:   **Via ECF Filing**
      NESENOFF & MILTENBERG, LLP
      363 Seventh Avenue
      New York, New York 10001