# BARCLAY DAMON LLP

Michael J. Murphy
*Partner*

March 12, 2020

**VIA ECF Filing**

Hon. Christian F. Hummel
United States District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:    Jane Roe v. Union College, et al.
               Civil Action No.: 1:19-cv-0909 GLS/CFH

Dear Magistrate Hummel:

    I am writing to request an extension of the Order referring this case to mandatory mediation. The parties conferred and selected Ira Lobel to serve as mediator. The first date on which the parties are mutually available to conduct March 30, 2020. The parties have agreed to conduct the mediation on that date. The defendants respectfully request an extension of the mandatory mediation deadline to permit mediation to take place on March 30, 2020.

    Thank you for your consideration of this request.

                                                     Respectfully submitted,

                                                     Michael J. Murphy
                                                     Bar Roll No.: 102244
                                                     E-Mail: mjmurphy@barclaydamon.com

MJM
cc:    **Via ECF Filing**
       NESENOFF & MILTENBERG, LLP
       363 Seventh Avenue
       New York, NY 10001