**BARCLAY DAMON**ᴸᴸᴾ

**Michael J. Murphy**
*Partner*

March 23, 2020

**VIA ECF**
Hon. Christian F. Hummel
United States District Court
Northern District of New York
445 Broadway
Albany, NY  12207

      Re:    Jane Roe v. Union College, et al.
                Civil Case No. 1:19-CV-00909 GLS/CFH

Dear Magistrate Judge Hummel:

      The parties had previously agreed to retain Ira Lobel as mediator and scheduled a mediation in this matter for March 30, 2020.

      In light of present circumstances, the parties and mediator Lobel have agreed that we cannot conduct a substantive mediation at this time.

      The parties are requesting that the Court extend the deadline for mediation to a date to be determined in the future.

      While there may also be a request to extend discovery deadlines, the parties are working on paper discovery at this time.

                                      Respectfully submitted,

                                      Michael J. Murphy

MJM:ab
cc:    **Via ECF**
       Gabrielle Vinci, Esq.
       Nesenoff & Miltenberg, LLP
       363 Seventh Avenue, 5th Floor
       New York, NY 10001

80 State Street - Albany, New York 12207  barclaydamon.com
MJMurphy@barclaydamon.com  Direct: (518) 429-4209  Fax: (518) 427-3474

20232209.1