**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JANE ROE,**

                                        **Plaintiff,**

            **v.**                                                    **1:19-cv-909**
                                                                      **(GLS/CFH)**

**UNION COLLEGE et al.,**

                                        **Defendants.**

_____


### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

        The Court has been advised that this matter has reached a resolution through the

filing of a mandatory mediation report.  (Dkt. No. 34.)  Accordingly, pursuant to N.D.N.Y.

L.R. 68.2(a), it is hereby

        **ORDERED** that:

                1.  The above-captioned case is hereby dismissed and discontinued in its

entirety, without costs, and without prejudice to the right of any party to reopen this action

within thirty (30) days of the date of this Order if the settlement is not consummated.

                2.  Any application to reopen this case must be filed within thirty (30) days of

the date of this Order.  An application to reopen filed after the expiration of that thirty day

period, unless it is extended by the Court prior to its expiration, may be summarily denied

solely on the basis of untimeliness.

                3.  If the parties wish for the court to retain ancillary jurisdiction for the

purpose enforcing any settlement agreement, they must submit a request that the Court

retain jurisdiction over enforcement of the agreement or submit the agreement to the Court

or incorporation of its terms into an Order retaining jurisdiction within the above-reference

thirty (30) day period for reopening the matter.

       4.  The dismissal of the above-captioned action shall become with prejudice on the thirty-first day following the date of this Order, unless any party moves to reopen this case within thirty (30) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the thirty (30) day period prior to its expiration.

       5.  The parties are directed to file a stipulation of discontinuance within thirty (30) days of this order in full compliance with Local Rule 41.3.

       6.  The Clerk of the Court is respectfully directed to close this case and forward a copy of this Order to the parties pursuant to the Court's Local Rules.

**IT IS SO ORDERED.**

November 3, 2020
Albany, New York

Gary L. Sharpe
U.S. District Judge

2